In the Matter of the Estate of F. AUGUSTUS HEINZE, Deceased.

EMPIRE KAOLIN COMPANY, Appellant; WALTER A. FULLERTON, as Administrator, Respondent.

*Matter of Heinze,* 179 App. Div. 453, appeal dismissed.

(Argued November 13, 1917; decided November 27, 1917.)

APPEAL from an order of the Appellate Division of the Supreme Court in the third judicial department, entered May 1, 1917, which affirmed an order of the Saratoga County Surrogate's Court denying an application by appellant herein for leave to intervene in proceedings by the administrator to sell personal property which he claimed belonged to the estate of F. Augustus Heinze, deceased. Appellant claimed to be the owner of the property by reason of purchase by it from the administratrix of the estate, who was the predecessor of the respondent Fullerton.

*Franklin Bien* for appellant.

*Walter A. Fullerton* and *James A. Leary* for respondent.

Appeal dismissed, with costs; no opinion.

Concur: HISCOCK, Ch. J., CHASE, CUDDEBACK, CARDOZO, McLAUGHLIN, CRANE and ANDREWS, JJ.